IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3030 |
| v. | ) | |
| CHARLES M. MCMILLIN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to extend deadline, filing no. 19, is granted and the deadline for filing pretrial motions is extended to April 2, 2009.

DATED this 17th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge