IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3030 |
| v. | ) | |
| CHARLES M. MCMILLIN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for travel, filing no. 36, is granted and the defendant is permitted to travel to Sun City, Arizona on May 14, 2009 and return to his home in Oak Lawn Illinois on May 19, 2009 as requested in the motion.

DATED this 15th day of May, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge