IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3030 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES M. MCMILLIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's amended motion to travel, filing no. 38, is granted, and defendant is permitted to travel from Illinois to Arizona to visit his father and then return to Illinois as requested in the motion.

DATED this 18th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge