IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3030 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES M. MCMILLIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to extend deadline, filing no. 39, is granted and the deadline for filing plaintiff's supplemental brief in opposition to defendant's motion to suppress is extended to May 22, 2009.

DATED this 18th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge