IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3030 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHARLES M. MCMILLIN, | ) | |
| | ) | |
| Defendant. | ) | |

A conference call with counsel was held.

IT IS ORDERED that a one and one-half hour evidentiary hearing on defendant's motion to dismiss (filing 21) will be held on Friday, July 24, 2009, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

June 24, 2009.　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　United States District Judge