IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3030 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHARLES MCMILLIN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 13th day of October, 2009, this matter comes on before the Court upon the United States' Motion to Strike Preliminary Order of Forfeiture and Close Forfeiture Case. The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Strike Portion of Preliminary Order of Forfeiture and close forfeiture case is hereby sustained.

2. The Preliminary Order of Forfeiture (Filing No. 63) is hereby stricken. The case pertaining to the forfeiture is closed.

Dated October 13, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge