IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:08CR3030 |
| ) | |
| V. ) | |
| ) | |
| CHARLES M. MCMILLIN, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Federal Rule of Criminal Procedure 36, and in order to correct a clerical error in a judgment,

IT IS ORDERED that the Unopposed Motion (filing no. 86) is granted. The Clerk shall prepare and submit to me an amended judgment, showing that it was made pursuant to Federal Rule of Criminal Procedure 36. In lieu of the language at page 2 of the original judgment (filing no. 81) immediately following the word "Imprisonment," the amended judgment should state the following: "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 months to be served concurrently with the sentence imposed against the defendant in State v. McMillin, Docket #08C55010601, in the Circuit Court of Cook County, Illinois (Chicago, Illinois)." All other portions of the original judgment (filing no. 81), including the recommendations to the Bureau of Prisons, shall remain the same.

DATED this 14th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge